IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FTR ENERGY SERVICES, LLC<br><br>Defendant. | No. 3:14-cv-00073 (SRU) |

**STIPULATION OF DISMISSAL**

The Plaintiff, Philip Charvat, files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against Defendant, FTR Energy Services, LLC.  None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

HEREBY AGREED TO AND ENTERED BY ALL PARTIES APPEARING IN THIS MATTER.

    Respectfully submitted,

    PHILIP CHARVAT
    Plaintiff

    By:/s/ Anthony Paronich
    Edward A. Broderick
    Anthony Paronich
    Broderick Law, P.C.
    99 High St., Suite 304
    Boston, MA  02110
    (617) 738-7080
    ted@broderick-law.com
    anthony@broderick-law.com
    *Pro Hac Vice*

John W. Barrett
Jonathan Marshall
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
*Pro Hac Vice*

Richard Tropiano, Jr. (CT 28088)
Law Office of Balzano & Tropiano, P.C.
321 Whitney Ave.
New Haven, CT 06511
(203) 891-6336
baltieri@balzanoandtropiano.com

*Attorneys for Plaintiff*


FTR ENERGY SERVICES, LLC
Defendant

By: /s/ Elizabeth W. Swedock
Elizabeth W. Swedock (ct28907)
Kelley Drye & Warren LLP
400 Atlantic Avenue
Stamford, Connecticut 06901
Phone: (203) 351-8056
Fax: (203) 327-2669
Email: eswedock@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Phone: (973) 503-5910
Fax: (973) 503-5950
Email: lmazzuchetti@kelleydrye.com

*Attorneys for Defendant*

DATE: November 16, 2015

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such to the attorneys of record.

                                            /s/ Anthony Paronich
                                            Anthony Paronich